

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

Samuel A. Ramsey III      3573384

_____      _____

_____      _____

*(Enter above the full name of the plaintiff*      *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**      **CIVIL ACTION NO.** 2:25-CV-00414
                                                *(Number to be assigned by Court)*

Corporal Austin Adkins

_____

_____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

I.    **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

            Yes _____      No ✓

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

    Plaintiffs: _____N/A_____

    Defendants: _____N/A_____

2. Court (if federal court, name the district: if state court, name the county):

    _____N/A_____

3. Docket Number: _____N/A_____

4. Name of judge to whom case was assigned:

    _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____N/A_____

6. Approximate date of filing lawsuit: _____N/A_____

7. Approximate date of disposition: _____N/A_____

II. **Place of Present Confinement:** Mt. Olive Correctional Complex

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓    No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓    No ___

    C. If your answer is YES:

        1. What steps did you take? I exhausted the Grievance procedure

        2. What was the result? ___

    D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Samuel Allen Ramsey III

       Address: MOCC One Mountainside Way Mt. Olive, WV 25185

    B. Additional Plaintiff(s) and Address(es): N/A

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: __Corporal Austin Adkins__

   is employed as: __Correctional Officer__

   at __Mt. Olive Correctional Complex__

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On April 19th 2023 I Samuel Allen Ramsey III was at Charleston Area Medical Center After having an schizophrenic episode. I just came off a ventilator. I was supervised by Corporal Austin Adkins, I was handcuffed and shackled to the bed. I was in and out of consciousness. Everytime that I woke up Corporal Austin Adkins would yell at me, "Your up! How come everytime the nurses are on here you asleep? Why won't you stay up and talk to them so that we can get out of here?" I'd always drift off back to sleep. I woke up again, He stood up and started pacing back and forth "Your up, why don't you stay up and talk to the nurses so that we can get out of here? He repeated this numerous times while pacing back and forth. He said, "Speak to me when I talk to you!" I started to drift off back to sleep Corporal Austin Adkins said, "Oh Hell naw!" Then the next thing I knew I felt him punch me three (3) times in the face. I ended up drifting back to sleep.
I was still out of it when I wrote the grievance. I was handcuffed and shackled to the bed. How could I punch someone? In the write up he admits to punching me in the face.

4

IV. Statement of Claim (continued):

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want money for my 8th Amendment Right (the Right against Physical, excessive force Harm, against me) being violated Cruel as unusual Punishment

V.  Relief (continued):

_____
_____
_____
_____
_____

VII. Counsel

   A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   _____

   B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes ~~⊘~~            No ✓

   If so, state the name(s) and address(es) of each lawyer contacted:

   ~~[redacted]~~ _____

   _____

   If not, state your reasons: _____

   _____

   C.  Have you previously had a lawyer representing you in a civil action in this court?

   Yes ____            No ✓

If so, state the lawyer's name and address:

N/A

Signed this ~~28th~~ June 30th day of ~~30th~~, 20 25.

Samuel Allen Ramsey III

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/30/25
(Date)

Samuel A. Ramsey III  3573384
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Samuel A. Ramsey III
_____

*Your full name*

v.	Civil Action No.: _____

Corporal Auston Adkins
_____

*Enter above the full name of defendant(s) in this action*

### Certificate of Service

I, Samuel Allen Ramsey III (your name here), appearing *pro se*, hereby certify that I have served the foregoing Southern District Law Suit Packet (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on

6/30/25 (insert date here):

(List name and address of counsel for defendant(s))

Samuel Ramsey III
(sign your name)